IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

GLORIA S. JACKSON                                                                                    PLAINTIFF

V.                                                                                           NO.  2:10CV210-P-S

FED EX CORPORATION                                                                              DEFENDANT

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated February 25, 2011, was on that date duly served by mail upon Plaintiff at her last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party.  The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court.  Therefore, it is

**ORDERED:**

1) the Report and Recommendation of the United States Magistrate Judge dated February 25, 2011, is hereby APPROVED and ADOPTED as the opinion of the court;

2) the complaint is DISMISSED with prejudice; and

3) this case is CLOSED.

THIS the 31st  day of March, 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE